# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NORMA RAMOS, individually, and on behalf of others similarly situated,<br><br>                        Plaintiff,<br><br>    v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, et al.,<br><br>                        Defendants. | Case No. 2:14-CV-839-KJD-PAL<br><br><br>ORDER |

The Court hereby notifies the parties that it possesses one or more automobile insurance policies from Liberty Mutual Insurance Company, and that those policies include uninsured motorist coverage. The Court **HEREBY ORDERS** briefing on recusal from this matter. Defendants' brief shall be due on or before August 20, 2014. Plaintiff's opposition (if any) shall be due on or before August 27, 2014. Defendants' reply (if any) shall be due on or before September 3, 2014.

The Court anticipates a hearing on this matter. Defendants' Motion to Dismiss (#5) will not be addressed until the question of recusal has been settled.

DATED this 5th day of August 2014.

_____

Kent J. Dawson
United States District Judge