UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NORMA RAMOS, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTAL INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 2:14-CV-839-KJD-PAL<br><br><br><br>ORDER |

    This Court previously ordered briefing on a possible ground for recusal in this matter (#19). Plaintiff alleges that Defendants have overcharged customers for their uninsured and underinsured motorist insurance policies. The Court possesses one or more such policies issued by Defendant Liberty Mutual Insurance Company. The Court has considered this matter in some detail, and has concluded that recusal is not appropriate. However, the Court renounces any possible financial or other interest it may have in this matter.

    Like the Judges in <u>Stern v. Gambello</u>, 678 F.3d 797, 798 (9th Cir. 2012) and <u>Suever v. Connell</u>, 681 F.3d 1064, 1065 (9th Cir. 2012), the Court believes its decision not to recuse is authorized by 28 U.S.C. § 455(f). This decision, "strikes the appropriate balance between

securing the interests of impartiality and its appearance and reducing the practical costs that unnecessary recusal entails, and does not diminish public respect for the judiciary." <u>Suever</u>, 681 F.3d at 1065 (quoting <u>Stern</u>, 678 F.3d at 798).

DATED this 3rd day of September 2014.

                                                    _____
                                                    Kent J. Dawson
                                                    United States District Judge